478 A.2d 64

In the Interest of Laura W.

Submitted October 3, 1983. John H. Flick, for appellant; Nicholas J. Roll, for appellees; Elwood R. Harding, Jr., for participating party.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Order reversed; case remanded for rehearing, to be followed by complete opinion, including thorough findings of fact. Custody of children to remain in agency pending completion of proceedings on remand. Jurisdiction relinquished.

HESTER, J., filed a concurring and dissenting memorandum.